# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JULIE O'SHAUGHNESSY, INDIVIDUALLY, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC D/B/A YOUNG LIVING ESSENTIAL OILS, MARY YOUNG, and JARED TURNER,<br><br>       Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND BRIEFING DEADLINES**<br><br>Case No. 2:20-cv-00470-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

  For the reasons set forth in Defendants' Unopposed Motion to Extend Briefing Deadlines ("Motion"), and for good cause shown, the court hereby GRANTS the Motion.

  Accordingly, IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to Defendants' Supplemented Motion to Dismiss is August 14, 2020.  IT IS FURTHER ORDERED that the deadline for Defendants to reply to Plaintiff's response to the Supplemented Motion to Dismiss is September 4, 2020.

  IT IS SO ORDERED.

  DATED July 31, 2020.

                    BY THE COURT:

                    _____
                    JARED C. BENNETT
                    United States Magistrate Judge