## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JULIE O'SHAUGHNESSY, INDIVIDUALLY, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC D/B/A YOUNG LIVING ESSENTIAL OILS, MARY YOUNG, and JARED TURNER,<br><br>       Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO DISMISS AS MOOT DEFENDANTS MARY YOUNG AND JARED TURNER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE**<br><br>Case No. 2:20-cv-00470-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

For the reasons set forth in Defendants' Unopposed Motion to Dismiss as Moot Defendants Mary Young and Jared Turner's Motion to Dismiss for Lack of Personal Jurisdiction and Venue ("Motion"), and for good cause shown, the Motion (ECF No. 100) is GRANTED.

Accordingly, IT IS HEREBY ORDERED that Defendants Mary Young and Jared Turner's Motion to Dismiss for Lack of Personal Jurisdiction and Venue (ECF No. 70) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED July 31, 2020.

BY THE COURT:

_____

JARED C. BENNETT
United States Magistrate Judge