IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JULIE O'SHAUGHNESSY, individually, and on behalf of all others similarly situated,**<br><br>　　Plaintiff,<br><br>v.<br><br>**YOUNG LIVING ESSENTIAL OILS, LC D/B/A YOUNG LIVING ESSENTIAL OILS,**<br><br>　　Defendant. | **ORDER GRANTING PLAINTIFF'S [293] MOTION TO SEAL RE: REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF J. HOWARD BEALES UNDER SEAL**<br><br>Case No. 2:20-cv-00470-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

　　Before the court is Plaintiff's Motion to Seal (Motion) (ECF 293) regarding Plaintiff's Reply (ECF 292) in support of Motion to Exclude Expert Testimony of J. Howard Beales (ECF 273). The Motion being narrowly tailored to protect only the specific information deserving of protection, pursuant to DUCivR 5-3 and for good cause appearing, the court hereby GRANTS the Motion (ECF 293) and ORDERS that the above-referenced documents shall remain under seal.

　　DATED this 21 February 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah